## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Brian P. RANEY, Respondent.

### No. 999 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 6, 2005.

### ORDER

PER CURIAM.

AND NOW, this 6th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 21, 2005, it is hereby

ORDERED that BRIAN P. RANEY be and he is SUSPENDED from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.